No. 90–6252. GALLMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–6391. WOODY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6453. DURDEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6465. BOYER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6470. TORRES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6473. REYES-RESENDEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6486. GUIANG v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 90–6499. HERNANDEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–6513. WALKER v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.

No. 90–6532. SULLIVAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6647. WASHINGTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–6691. SMITH v. SCOTT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 90–6692. ROYAL v. EXXON CHEMICAL U. S. A., CHEMICAL DEPARTMENT. C. A. 5th Cir. Certiorari denied.

No. 90–6693. YOUNG v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 90–6696. SMITH v. PETROVSKY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.